# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VENTURE TAPE CORP.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MCGILLS GLASS WAREHOUSE<br>and DON GALLAGHER<br><br>　　　　Defendants | Civil Action No.<br>03-CV-11045 (MEL) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS' LIABILITY ON ALL COUNTS

Plaintiff Venture Tape Corp. ("Venture Tape") hereby moves this Court, pursuant to Fed. R. Civ. P. 56, for summary judgment as to the liability of Defendants McGills Glass Warehouse ("McGills") and Donald C. Gallagher ("Gallagher") (collectively, "Defendants") on all counts of Venture Tape's Verified Complaint. As reasons therefore, Venture Tape states that during discovery, Defendants admitted virtually every element of trademark infringement. Given Defendants' admissions and the other undisputed evidence in this case, there is no genuine issue as to any material fact on the issue of liability, and summary judgment for Venture Tape is appropriate.

In further support of this Motion, Venture Tape relies upon the attached Memorandum of Law.

WHEREFORE, Venture Tape respectfully requests this Court grant its Motion for Summary Judgment.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, Venture Tape hereby requests a hearing on its Motion for Summary Judgment.

## MOTION CERTIFICATION

Christopher J. Cunio, counsel for Defendants , hereby certifies pursuant to Local Rule 7.1(A)(2), that he has made a reasonable and good faith effort to reach agreement with Plaintiffs' counsel on the matters set forth in the above motion.

VENTURE TAPE CORPORATION

By its attorneys,

/s/ Christopher J. Cunio
Christopher J. Cunio, BBO # 634518
Jaimie A. McKean, BBO # 657872
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
Tel. (617) 737-3100
Fax. (617) 737-1191

DATED: November 28, 2005
*151579.1*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Summary Judgment as to Defendants' Liability On All Counts was served by first class mail this 28th day of November, 2005 upon the following:

Hodges Brown, Jr., Esq.
H. Brown & Associates
101 Tremont Street
Suite 1110
Boston, MA 02108-5004

/s/ Christopher J. Cunio
Christopher J. Cunio