UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTURE TAPE CORP. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCGILLS GLASS WAREHOUSE )<br>and DON GALLAGHER )<br>)<br>Defendants ) | Civil Action No.<br>03-CV-11045 (MEL) |

## PLAINTIFF'S MOTION FOR DAMAGES

On April 10, 2006, Plaintiff Venture Tape Corporation ("Venture Tape") prevailed at Summary Judgment on its trademark infringement claims against the Defendants McGills Glass Warehouse ("McGills") and Don Gallagher ("Gallagher"). In accordance with this Court's request in granting Summary Judgment, Venture Tape is now filing this Motion setting forth its damage calculations. In sum, as is proper under the Lanham Act, Venture Tape respectfully requests that this Court: (1) award it an equitable portion of the Defendants' profits (which total $1,898,293.10) during the infringing period; (2) reimburse the Plaintiff for a portion of its advertising costs (which total $1,186,047.60); (3) award it its costs in prosecuting this case, totaling **$7,564.75**; (4) allow it to recover its attorneys fees in this action, totaling **$186,085.56** (plus additional attorneys' fees incurred in relation to the instant motion); and (5) enjoin the Defendants' from any further use of Plaintiff's trademarks, including "Venture Tape", "Venture Foil" or any similar terms, in any form or

combination. In support of such requests, the Plaintiff relies on the attached Memorandum of Law.

**THE PLAINTIFF REQUESTS A HEARING ON THIS MOTION ONLY IF THE COURT DEEMS IT NECESSARY.**

VENTURE TAPE CORPORATION

By its attorneys,

/s/ Christopher J. Cunio
Christopher J. Cunio, BBO # 634518
Jaimie A. McKean, BBO # 657872
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
Tel. (617) 737-3100

DATED: August 9, 2006
163759

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Damages was served by first class mail this 9th day of August, 2006 upon the following:

Hodges Brown, Jr., Esq.
H. Brown & Associates
600 Columbia Road
Suite 103
Boston, MA 02125-3421

Don Gallagher
7121 Radford Avenue
North Hollywood, CA 90615

/s/ Christopher J. Cunio
Christopher J. Cunio